# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

135779

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 135779
                                                COA: 281271
                                                Delta CC: 94-005704-FH

THOMAS W. CORBIERE,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

s0721

_____
Clerk